IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER BANKS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Civil Action No. 2:08cv910-TMH |
| | ) |
| JAMES DeLOACH, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

The Magistrate Judge filed a Recommendation (Doc. #6) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the Court believes that the Recommendation should be adopted. Accordingly, it is

ORDERED that the RECOMMENDATION (Doc. #6) of the Magistrate Judge is ADOPTED. This action pursuant to 42 U.S.C. § 1983 is DISMISSED without prejudice pursuant to Plaintiff's request motion to dismiss. An appropriate judgment will be entered.

Done this 30th day of December, 2008.

**/s/ Truman M. Hobbs**

UNITED STATES DISTRICT JUDGE